disqualification of respondent with the court or agency before which the litigation is pending for inclusion in the respective file or files;

5. Send all notices required by this order by certified mail with a return address where communications may thereafter be directed to respondent;

6. File with the Clerk of this court and the Disciplinary Counsel of the Supreme Court an affidavit showing compliance with this order, showing proof of service of notices required herein, and setting forth the address where the affiant may receive communications; and

7. Retain and maintain a record of the various steps taken by respondent pursuant to this order.

IT IS FURTHER ORDERED that on or before thirty days from the date of this order, respondent surrender his attorney registration card for the 1999/2001 biennium.

IT IS FURTHER ORDERED that respondent shall keep the Clerk, the Lake County Bar Association, and the Disciplinary Counsel advised of any change of address where respondent may receive communications.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, *sua sponte*, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

DOUGLAS, J., would find respondent in contempt.

99–1171. Disciplinary Counsel v. Stimmel.

On June 23, 1999, movant, Disciplinary Counsel, filed a motion for order to appear and show cause, requesting the court to issue an order directing respondent, John Phillip Stimmel, to appear and show cause why he should not be found in contempt for his failure to comply with this court's July 2, 1998 order, in which respondent was suspended pursuant to Gov.Bar R. X. On August 11, 1999, this court granted the motion to the extent that respondent was ordered to show cause by filing a written response why he should not be found in contempt. Respondent did not respond to the order. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that respondent appear in person before this court on Wednesday, October 20, 1999, at 9:00 a.m.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

DOUGLAS and RESNICK, JJ., would find respondent in contempt.

## MISCELLANEOUS DISMISSALS

98–1106. State ex rel. Elder–Beerman Stores Corp. v. Indus. Comm.

Franklin App. No. 97APD03–421. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, September 29, 1999*

## MERIT DOCKET

99–1384. State ex rel. Vinci v. Mengel.

In Mandamus. On answer of respondent and on motion for judgment on pleadings. Answer treated as

motion to dismiss. Motion to dismiss sustained. Cause dismissed

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would grant the writ.

**99–1407.  State ex rel. Morgan v. Newlin.**

In Mandamus. On answer of respondent and on motion for judgment on pleadings. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1433.  Johnson v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus by Anthony L. Johnson. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1465.  Thompson v. Fifth Dist. Court of Appeals.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1595.  Groce v. Lazaroff.**

In Habeas Corpus. On petition for writ of habeas corpus by Ronald Groce. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1606.  In re Petition for a Writ of Habeas Corpus of Emery.**

In Habeas Corpus. On petition for writ of habeas corpus by Edward Emery. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1610.  Arnold v. Greene Cty. Court of Common Pleas.**

In Habeas Corpus. On petition for writ of habeas corpus by Wayman Arnold. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1614.  Bush v. Money.**

In Habeas Corpus. On petition for writ of habeas corpus by Clyde Bush. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1625.  Jackson v. Money.**

In Habeas Corpus. On petition for writ of habeas corpus by Gregory Jackson. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1699.  State ex rel. Singh v. Capital Univ.**

In Mandamus. On complaint in mandamus by James Singh. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.